Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
120 South Green Valley Parkway
Suite 294
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Claire Davies*

GABROY | MESSER
120 S. Green Valley Pkwy., Suite 294
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAIRE DAVIES, an individual;<br><br>Plaintiff,<br>vs.<br><br>GOLF GALAXY, LLC d/b/a and a/k/a DICKS SPORTING GOODS; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-00095-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Claire Davies ("Plaintiff") and Defendant Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods ("Defendant"), by and through their respective counsel of record, that this action shall be dismissed with prejudice.

/ / /

GABROY | MESSER
120 S. Green Valley Pkwy., Suite 294
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

Dated this 25th day of September 2026.

Respectfully submitted,

GABROY | MESSER

*/s/ Christian Gabroy*
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
The District at Green Valley Ranch
120 South Green Valley Parkway
Suite 294
Henderson, NV 89012
*Attorneys for Plaintiff*

Dated this 25th day of September 2026.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac
Nev. Bar No. 7435
Cayla J. Witty
Nev. Bar No. 12897
200 South Virginia Street
Eighth Floor
Reno, NV 89501
*Attorneys for Defendant*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

DATED this 25 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT